UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAIDELIS ANN ORTEGA, NELSON
ENRIQUE PINEDA CARRILLO,

      Plaintiffs,

v.                                   Case No.:  6:26-cv-01281-GAP-LHP

DIRECTOR JOSEPH B. EDLOW,
DIRECTOR ROBERT D.
SKINNERIV, ACTING SECRETARY
MARKWAYNE MULLIN,

      Defendants,

_____/

## ORDER

    This cause came on for consideration without oral argument on the following motion

filed herein:

| |
|---|
| **MOTION:**   **Unopposed Motion to Dismiss (Doc. 7)** |
| **FILED:**      **June 17, 2026** |
| |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**.  Plaintiff's Form I-130 Petition for Alien Relative has been approved.   The Clerk is directed to close the case. |

    **DONE** and **ORDERED** in Orlando, Florida on June 18, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Unrepresented Parties

- 2 -